UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

Robert Trevor-Blair Davis, Sr.,            Case No.: 14-57324-wsd
                                                           Chapter 7
       Debtor.                                            Hon. Walter Shapero
_____/

**OPINION DENYING DEBTOR'S EMERGENCY *EX PARTE* MOTION FOR EXPEDITED HEARING AND EMERGENCY MOTION TO VOID FORMER WAYNE COUNTY CIRCUIT COURT JUDGE AMY HATHAWAY'S $1,000 BOND ORDER (DKT. 151)**

Debtor filed an Emergency *Ex Parte* Motion For Expedited Hearing And Emergency Motion To Void Former Wayne County Circuit Court Judge Amy Hathaway's $1,000 Bond Order (Dkt. 151) ("Motion"). Given the clarity of the issues raised by the Motion and the uncontroverted salient facts, the Court is deciding the matter without a hearing or further proceedings, pursuant to E.D. Mich. LBR 9014-1(d). Debtor filed an action in the Wayne County Circuit Court ("State Court") and, incident thereto, on November 9, 2010 the State Court entered an order ("Order") that, among other things, provided "IT IS ORDERED that the Plaintiff-Counter Defendant, ROBERT DAVIS, must post a bond of One Thousand dollars prior to filing any action as a Plaintiff in the Third Judicial Circuit Court." Debtor wishes to file an action in the State Court without posting such a bond. He now argues in the Motion that the State Court's Order has been voided by virtue of his bankruptcy discharge, which was entered on February 23, 2015. Debtor argues that the Order's above-quoted obligation is a prepetition "debt" as defined by the Bankruptcy Code and was thus discharged. *See* 11 U.S.C. §§ 101 (12) and (5). It is questionable as to whether it can be properly seen as a "debt," but even if it could be, it would necessarily be a *postpetition* debt, which would not be discharged. Although the State Court

1

entered the subject Order prepetition, any "right to payment" (even a contingent or unmatured right to payment) would initially arise only upon Debtor actually filing or possibly attempting to file an action in the State Court, which necessarily would be or have to be in this case postpetition. Therefore, the Court is contemporaneously entering an order denying the Motion.

**Signed on July 23, 2015**
                                              **/s/ Walter Shapero**
                                            **Walter Shapero**
                                            **United States Bankruptcy Judge**